AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHRISTINE S. BORDEAUX | ) | Case No. |
| | ) | 8:13MJ258 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 28 2013

OFFICE OF THE CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 2, 2013_____ in the county of _____ in the _____ District of _____NEBRASKA_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | On or about August 2, 2013, in the District of Nebraska, CHRISTINE S. BORDEAUX, Defendant herein, having been convicted on January 4, 2013, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: unauthorized use of a finacial transaction device, did knowingly possess in and affecting commerce, ammunition,which had been shipped and transported in interstate commerce, to wit: a Brenneke, 12 gauge "classic mangum" shells. <br> In violation of Title 18, United States Code, Section 922(g)(1). |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Det. Dave Schneider, OPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/28/13

_____
*Judge's signature*

City and state:   Omaha, Nebraska   THOMAS D. THALKEN  U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Dave Schneider, being duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer with the Omaha Police Department for 8-plus years. I am currently assigned to the Omaha Police Department Homicide Unit where I have worked various violent crimes.

2. On Tuesday, August 20th, 2013 I went to the Canfield's Sporting Goods store located at 8457 West Center Rd in Omaha, Douglas County, Nebraska, for investigative purposes on a current case I am working. While there I spoke with the store security team regarding a purchase of Brenneke 12 gauge "Classic Magnum" slug ammunition.

3. Records from Canfield's show a purchase of two boxes of five (5) rounds of Brenneke Classic Magnum 12 gauge ammunition were purchased on August 2nd, 2013, for $9.99 per box. The purchaser paid cash for the transaction

4. Video surveillance of the person purchasing the ammunition on August 2, 2013 shows a light skinned female buying the ammunition. The clerk who assisted with getting the ammo to the purchaser described her as a bi-racial female, late 30's in age, possibly with tattoos on her body.

5. The investigation led to a party named Christine BORDEAUX (I/F, DOB: 7-28-74) as a possible purchaser of the ammunition. A data check on BORDEAUX shows she is a convicted felon from January 4th, 2013 for Unauthorized Use of a Financial Device.

6. A party identified as Sherry FLOYD (B/F DOB: 2-24-66) was interviewed on August 28, 2013 in reference to this investigation and was shown a photo of the

1

person purchasing the Brenneke ammunition from Canfield's on August 2nd, 2013. FLOYD identified the woman purchasing the ammunition as BORDEAUX. FLOYD and BORDEUAX have been mutual acquaintances for at least 24 years.

7. I checked with Agent MANN of the ATF and confirmed with him that Brenneke brand ammunition is not manufactured in the state of Nebraska.

Detective Dave Schneider #1822
Omaha Police Department

Subscribed in my presence and sworn to before me this 28th day of August 2013.

THOMAS D. THALKEN
United States Magistrate Judge

2