# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**

**CHRISTINE S. BORDEAUX,**

        **Defendant.**

**8:13MJ258**

**ORDER**

Pursuant to Motion of the United States (Filing No. 17), and pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for dismissal of the Criminal Complaint against Christine S. Bordeaux.

**IT IS ORDERED** that the Motion to Dismiss the Criminal Complaint (Filing No. 17) is granted.

Dated this 19th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge